UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
N. G.C.,

                                    Petitioner,

                                                        **ORDER TO SHOW CAUSE**
                - against -                              2:26-CV-1599 (PKC)

RAUL MALONADO Jr., Warden of the
Metropolitan Detention Center; *et al.*,

                                    Respondents.
--------------------------------------------------------x

PAMELA K. CHEN, United States District Judge:

Upon review of Petitioner N. G.C's[1] Petition for a Writ of Habeas Corpus under 28 U.S.C.

§ 2241, (Dkt. 1), it is hereby ordered that:

1. Respondents shall, **by 6:00 p.m. on Tuesday, March 24, 2026**, show cause in writing

why a writ of habeas corpus should not be issued and why Petitioner should not be immediately

released. *See* 28 U.S.C. § 2243. If Respondents contend that Petitioner is detained under a statute

other than 8 U.S.C. § 1226(a), their response must state what facts, if any, distinguish his case

from the vast majority of district court cases that have disagreed with Respondents' contention.

Specifically, Respondents are directed to state:

a. What distinguishes Petitioner's case from the numerous other cases in which the

petitioner, who had resided in the United States for several years, was found to be improperly

detained under 8 U.S.C. § 1225(b)(2). *See Barco Mercado v. Francis*, — F. Supp. 3d. —, No. 25-

CV-6582 (LAK), 2025 WL 3295903, at *4, *13–14 (S.D.N.Y. Nov. 26, 2025) (collecting cases);

---

[1] The Court grants Petitioner's Motion to proceed by pseudonym because it finds that the factors in *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189–90 (2d Cir. 2008) weigh in favor of granting Petitioner anonymity.

*O.F.C. v. Almodovar*, No. 25-CV-9816 (LJL), 2026 WL 74262, at *5 (S.D.N.Y. Jan. 9, 2026) (explaining that courts have consistently found that § 1226(a) applies to noncitizens who entered without inspection and were later apprehended within the country); (Pet., Dkt. 1, ¶ 11 (contending Petitioner has lived in the United States since June 2021)).

b. The basis for Petitioner's stop and seizure on November 28, 2025, which Petitioner alleges was unlawfully race-based. (*See* Pet., Dkt. 1, ¶¶ 2, 23–29, 87–90; N.G.C. Decl., Dkt. 1-2); *Escobar Molina v. U.S. Dep't of Homeland Sec.*, No. 25-CV-3417 (BAH), 2025 WL 3465518, at *13 (D.D.C. Dec. 2, 2025) (drawing from Fourth Amendment standard and granting preliminary injunction upon finding likelihood of plaintiffs' success on the merits, where plaintiffs challenged Department of Homeland Security's practice of warrantless arrests on statutory grounds).

Finally, Respondents are directed to include "affidavits and exhibits . . . to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition." *See Belqui M. v. Bondi*, No. 26-CV-0308 (MJD/SGE), 2026 WL 185203, at *1 (D. Minn. Jan. 21, 2026), *R&R adopted*, 2026 WL 194071 (D. Minn. Jan. 25, 2026).

2. To preserve the Court's jurisdiction pending a ruling on the Petition, Respondents are **restrained from removing Petitioner from the United States** until further order of this Court. *See M.K. v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (collecting cases ordering same).

3. Furthermore, considering Petitioner's interest in participating in proceedings before this Court and maintaining adequate access to legal counsel, Respondents are **restrained from transferring Petitioner to a facility outside of this District** absent further order of this Court. *See Samb v. Joyce*, No. 25-CV-6374 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. 3) (collecting cases ordering same); 28 U.S.C. § 1651(a) (empowering courts to "issue all writs necessary or

appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law").

                                        SO ORDERED.


                                        /s/ Pamela K. Chen
                                        Pamela K. Chen
                                        United States District Judge

Dated: March 17, 2026
       Brooklyn, New York