UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
N.G.C.,

                     Petitioner,               JUDGMENT

      - against –                       26-CV-1559 (PKC)

RAUL MALONADO Jr.,
Warden of the Metropolitan
Detention Center; et al.,

                    Respondents.
---------------------------------------------------------- X

A Memorandum and Order of Honorable Pamela K. Chen, United States District Judge, having been filed on March 25, 2026, granting the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that the petition for a writ of habeas corpus is granted; Respondents are directed to release Petitioner from custody immediately and no later than within 24 hours of this Order; Respondents are further directed to return to Petitioner any and all funds or property seized from Petitioner at the time of his arrest; Respondents are directed to certify compliance with the Court's Order by filing a letter on the docket no later than 6:00 p.m. tomorrow, March 26, 2026; Respondents may not administratively recharacterize the release granted by this Order as grounds to impose conditions or re-impose existing conditions in conjunction with release (including release on recognizance or similar instruments), without prior notice to and authorization from the Court, or absent a new and independently lawful custody decision properly executed under the law; and Petitioner must not be re-detained by Respondents without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral

decisionmaker, at which Respondents will have the burden of showing that Petitioner's

re-detention is authorized under Section 1226(a).

Dated: Brooklyn, New York
     March 25, 2026

Approved by:   s/Hon. Pamela K. Chen
                      PAMELA K. CHEN
                      United States District Judge

Dated: Brooklyn, New York
     March 25, 2026

Approved by:   */s/Brenna B. Mahoney*
                      BRENNA B. MAHONEY
                      Clerk of Court